# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

JERMALL WEST,

    Plaintiff,

v.

PRINCE GEORGE'S COUNTY, MARYLAND,

    Defendant.

Civil Action No. TDC-21-0863

## ORDER

The parties have filed a Joint Status Report in which they requested referral to a United States Magistrate Judge for mediation and stated their expectations for discovery on the remaining issues in this litigation. ECF No. 29. The Court has referred the parties for mediation and issued a Scheduling Order. Accordingly, it is hereby ORDERED that if the parties wish to file a Motion to Stay Discovery Pending Mediation or a Motion to Modify the Scheduling Order, they are granted leave to do so. Any Motion to Modify the Scheduling Order must be made in compliance with Section III(1) of the Scheduling Order.

Date: January 27, 2022

THEODORE D. CHUANG
United States District Judge