**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| Jermall West, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. TDC-21-863 |
| | ) |
| Prince George's County, Maryland, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 9, 2022, this matter was referred to the undersigned for discovery and all related scheduling. Pending before the undersigned are the following letters: (a) Request for Extension and Discovery Conference, (ECF No. 37), filed by Plaintiff Jermall West ("Plaintiff"); (b) Plaintiff's Request for Additional Extension, (ECF No. 39), ("Plaintiff's Request"); and (c) the "Request for Leave to file a Motion for Protective Order" filed by Defendant Prince George's County, Maryland, ("Defendant's Letter") (ECF No. 41).  The Court finds good cause to modify the Scheduling Order.

Accordingly, it is hereby this 31st day of March, 2022, **ORDERED** that Plaintiff's Request, (ECF No. 39), is **GRANTED,** *nunc pro tunc*; and it is further **ORDERED** that the Scheduling Order, (ECF No. 32), is hereby **MODIFIED** as follows:

| Events | Current Deadlines | New Deadlines |
|---|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | March 28, 2022 | April 25, 2022 |
| Defendant's Rule 26(a)(2) disclosures | April 27, 2022 | May 11, 2022 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosures | May 11, 2022 | May 25, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 18, 2022 | June 1, 2022 |

It is further **ORDERED** that Plaintiff shall file a letter response to Defendant's Letter, (ECF No. 41), not to exceed three pages, single-spaced, in length, by no later than April 15, 2022.

                                                                        /s/
                                          The Honorable Gina L. Simms
                                          United States Magistrate Judge